UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR RODRIGUEZ,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF BURBANK, TIM STEHR, SCOTT LACHASSE, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. CV 11-03045-GW(SSx)<br><br>**JUDGMENT OF DISMISSAL** |

    The Court having found that defendant Scott LaChasse is entitled to qualified immunity, the above entitled action is dismissed with prejudice as against Scott LaChasse.

Dated: May 8, 2012

_____

GEORGE H. WU, U.S. District Judge

1 Presented by,

3 BURKE, WILLIAMS & SORENSEN, LLP
RICHARD R. TERZIAN
ROBERT J. TYSON

6 By: *s/Richard R. Terzian*
　　Richard R. Terzian
　　Attorneys for Defendants
　　City of Burbank, Tim Stehr
　　and Scott LaChasse

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

CASE NO. CV11-03045 GW (SSx)
**JUDGMENT OF DISMISSAL**