1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| OMAR RODRIGUEZ, | Case No. CV 11-03045-GW(SSx) |
|---|---|
| Plaintiff, | **JUDGMENT OF DISMISSAL** |
| v. | |
| CITY OF BURBANK, TIM STEHR, SCOTT LACHASSE, and DOES 1 through 10, inclusive, | |
| Defendants. | |

The Court having found that defendant Tim Stehr is entitled to qualified immunity, the above entitled action is dismissed with prejudice as against Tim Stehr.

Dated: May 8, 2012

_____
GEORGE H. WU, U.S. District Judge

1  Presented by,

3  BURKE, WILLIAMS & SORENSEN, LLP
   RICHARD R. TERZIAN
   ROBERT J. TYSON

6  By: *s/Richard R. Terzian*
       Richard R. Terzian
       Attorneys for Defendants
       City of Burbank, Tim Stehr
       and Scott LaChasse